# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

## ARCH COAL, INC.

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| C \| Corporation | 9/2/1988 | | 9/2/1988 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | 2121 - Mining, Quarrying, Oil & Gas Extraction - Mining (Except Oil and Gas) - Surface & Underground Coal Mining | **Capital Stock** | 0.0000 |
| **Charter County** | | **Control Number** | 0 |
| **Charter State** | DE | **Excess Acres** | 0 |
| **At Will Term** | | **Member Managed** | |
| **At Will Term Years** | | **Par Value** | 0.000000 |
| **Authorized Shares** | 0 | | |

Exhibit D

## Addresses

| Type | Address |
|---|---|
| Local Office Address | 7 PLAYER CLUB DRIVE<br>CHARLESTON, WV, 25311 |
| Mailing Address | CITYPLACE ONE, SUITE 300<br>ATTN: TAX DEPT<br>ST. LOUIS, MO, 63141<br>USA |
| Notice of Process Address | CT CORPORATION SYSTEM<br>5400 D BIG TYLER ROAD<br>CHARLESTON, WV, 25313 |
| Principal Office Address | CITY PLACE ONE<br>SUITE 300<br>SAINT LOUIS, MO, 63141<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Director | PAUL T. HANRAHAN<br>CITYPLACE ONE<br>SAINT LOUIS, MO, 63141 |
| Director | PAUL A. LANG<br>CITYPLACE ONE, SUITE 300<br>ST. LOUIS, MO, 63141 |
| President | JOHN W. EAVES<br>CITYPLACE ONE<br>SAINT LOUIS, MO, 63141 |
| Secretary | ROBERT G. JONES<br>CITYPLACE ONE<br>SAINT LOUIS, MO, 63141 |
| Treasurer | JOHN T. DREXLER<br>CITYPLACE ONE<br>SAINT LOUIS, MO, 63141 |
| Vice-President | PAUL A LANG<br>CITY PLACE ONE, SUITE 300<br>ST. LOUIS, MO, 63141 |
| Type | Name/Address |

## Mergers

| Merger Date | Merged | Merged State | Survived | Survived State |
|---|---|---|---|---|
| 1/21/2000 | ASHLAND COAL, INC. | DE | ARCH COAL, INC. | DE |
| 1/31/2000 | ARCH TECHNOLOGY CORPORATION | DE | ARCH COAL, INC. | DE |
| 6/1/2007 | PAINT CREEK TERMINALS, INC. | DE | ARCH COAL, INC. | DE |
| Merger Date | Merged | Merged State | Survived | Survived State |

| Date | Amendment |
|---|---|
| 6/1/2007 | MERGER: MERGING PAINT CREEK TERMINALS, INC., A QUALIFIED DE CORPORATION WITH AND INTO ARCH COAL, INC., A QUALIFIED DE CORPORATION, THE SURVIVOR |
| 1/31/2000 | MERGER: MERGING ARCH TECHNOLOGY CORPORATION, A QUALIFIED DE CORPORATION WITH AND INTO ARCH COAL, INC., A QUALIFIED DE CORPORATION, THE SURVIVOR |
| 1/21/2000 | MERGER: MERGING ASHLAND COAL, INC., A QUALIFIED DE CORPORATION WITH AND INTO ARCH COAL, INC., A QUALIFIED DE CORPORATION, THE SURVIVOR |
| 2/4/1998 | MERGER: (FILED 2-3-98) MERGING ARCH INTERNATIONAL, INC., A NON QUAL DE CORP. WITH AND INTO ARCH COAL, INC., A QUAL DE CORP, THE SURVIVOR. |
| 2/3/1998 | MERGER: MERGING R & H SERVICE AND SUPPLY CO., A QUAL DE CORP WITH AND INTO ARCH COAL, INC., A QUAL DE CORP, THE SURVIVOR. |
| 7/18/1997 | CHANGE OF NAME FROM ARCH MINERAL CORPORATION TO ARCH COAL, INC. |
| Date | Amendment |

## Annual Reports

| Date | Filed For |
|---|---|
| 6/14/2016 | 2017 |
| 6/16/2015 | 2016 |
| 6/16/2014 | 2015 |
| 6/10/2013 | 2014 |

| Date | Filed For |
|---|---|
| 5/31/2012 | 2013 |
| 6/14/2011 | 2012 |
| 6/3/2010 | 2011 |
| 6/25/2009 | 2010 |
| 7/30/2008 | 2009 |
| 8/24/2007 | 2008 |
| 1/9/2007 | 2007 |
| 11/17/2005 | 2006 |
| 4/11/2005 | 2005 |
| 6/10/2004 | 2004 |
| 10/7/2002 | 2003 |
| 10/24/2001 | 2002 |
| 7/27/2000 | 2001 |
|  | 2000 |
|  | 1999 |
|  | 1998 |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, December 15, 2016 — 8:33 AM

© 2016 State of West Virginia