# West Virginia Secretary of State — Online Data Services

## Business and Licensing
Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

## MINGO LOGAN COAL COMPANY

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| C \| Corporation | 12/7/1987 | | 12/7/1987 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| Business Purpose | 2121 - Mining, Quarrying, Oil & Gas Extraction - Mining (Except Oil and Gas) - Surface & Underground Coal Mining | Capital Stock | 0.0000 |
| Charter County | | Control Number | 0 |
| Charter State | DE | Excess Acres | 0 |
| At Will Term | | Member Managed | |
| At Will Term Years | | Par Value | 0.000000 |
| Authorized Shares | 0 | | |

Exhibit E

## Addresses

| Type | Address |
|---|---|
| Local Office Address | RT 17, MOUNTAIN LAUREL DRIVE<br>PO BOX E<br>SHARPLES, WV, 25183 |
| Mailing Address | CITYPLACE ONE, SUITE 300<br>ATTEN: TAX DEPARTMENT<br>ST. LOUIS, MO, 63141<br>USA |
| Mailing Address | CT CORPORATION SYSTEM<br>PO BOX 951<br>CHARLESTON, WV, 25323<br>USA |
| Notice of Process Address | CT CORPORATION SYSTEM<br>5400 D BIG TYLER ROAD<br>CHARLESTON, WV, 25313 |
| Principal Office Address | CITY PLACE ONE<br>SUITE 300<br>SAINT LOUIS, MO, 63141<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Director | KENNETH D COCHRAN<br>CITY PLACE ONE, SUITE 300<br>ST. LOUIS, MO, 63141 |
| Director | PAUL A. LANG<br>CITY PLACE ONE<br>SAINT LOUIS, MO, 63141 |
| President | KENNETH D COCHRAN<br>CITY PLACE ONE, SUITE 300<br>ST. LOUIS, MO, 63141 |
| Secretary | ROBERT G JONES<br>CITY PLACE ONE, SUITE 300<br>ST. LOUIS, MO, 63141 |
| Vice-President | JOHN T. DREXLER<br>CITY PLACE ONE<br>SAINT LOUIS, MO, 63141 |

| Type | Name/Address | | |
|---|---|---|---|

## DBA

| DBA Name | Description | Effective Date | Termination Date |
|---|---|---|---|
| BEARCO | TRADENAME | 10/31/1991 | |
| MOUNTAINEER MINING COMPANY | TRADENAME | 10/31/1991 | |
| DBA Name | Description | Effective Date | Termination Date |

| Date | Amendment |
|---|---|
| 4/5/1988 | CHANGE OF NAME FROM: MINGO LOGAN COLLIERIES COMPANY. |
| Date | Amendment |

## Annual Reports

| Date | Filed For |
|---|---|
| 6/14/2016 | 2017 |
| 6/16/2015 | 2016 |
| 6/17/2014 | 2015 |
| 6/11/2013 | 2014 |
| 6/1/2012 | 2013 |
| 6/14/2011 | 2012 |
| 6/3/2010 | 2011 |
| 6/24/2009 | 2010 |
| 7/30/2008 | 2009 |
| 8/24/2007 | 2008 |
| 12/20/2006 | 2007 |
| 4/19/2005 | 2005 |
| 6/10/2004 | 2004 |

| Date       | Filed For |
|------------|-----------|
| 10/11/2002 | 2003      |
| 10/24/2001 | 2002      |
| 8/2/2000   | 2001      |
|            | 2000      |
|            | 1999      |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, December 15, 2016 — 8:36 AM

© 2016 State of West Virginia