# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

## ARCH COAL GROUP, LLC

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| LLC \| Limited Liability Company | 11/4/2016 | | 11/4/2016 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| Business Purpose | | Capital Stock | |
| Charter County | | Control Number | 9AGA2 |
| Charter State | DE | Excess Acres | |
| At Will Term | A | Member Managed | MGR |
| At Will Term Years | | Par Value | |
| Authorized Shares | | | |

Exhibit F

http://apps.sos.wv.gov/business/corporations/organization.aspx?org=360492   12/15/2016

| Addresses | |
|---|---|
| Type | Address |
| Notice of Process Address | CT CORPORATION SYSTEM<br>5400 D BIG TYLER ROAD<br>CHARLESTON, WV, 25313<br>USA |
| Principal Office Address | ONE CITYPLACE DRIVE, SUITE 300<br>SAINT LOUIS, MO, 63141<br>USA |
| Type | Address |

| Officers | |
|---|---|
| Type | Name/Address |
| Manager | JOHN W. EAVES<br>ONE CITYPLACE DRIVE, SUITE 300<br>SAINT LOUIS, MO, 63141<br>USA |
| Manager | ROBERT G. JONES & PAUL A. LANG<br>ONE CITYPLACE DRIVE, SUITE 300<br>SAINT LOUIS, MO, 63141<br>USA |
| Type | Name/Address |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, December 15, 2016 — 8:43 AM

© 2016 State of West Virginia