UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JASON K STRATTON,**

    **Plaintiff,**

v.

    Civil Action No. _____
    Judge _____

**Removed From Circuit Court of
Raleigh County, No. 16-C-724**

**ARCH COAL, INC., a foreign corporation,
MINGO LOGAN COAL COMPANY, a
foreign corporation, and ARCH COAL
GROUP, LLC., a foreign corporation,**

    **Defendants.**

## AFFIDAVIT OF PAMELA TUCKER

STATE OF WEST VIRGINIA,
COUNTY OF LOGAN, TO-WIT:

I, Pamela Tucker, after being duly sworn, hereby depose and state as follows:

1. I hereby certify that I have personal knowledge of the matters to which I testify below.

2. I am Human Resources Manager for Mingo Logan Coal Company's Mountain Laurel Complex in Sharples, West Virginia.

3. Plaintiff Jason Stratton's Complaint alleges that he previously was employed by Mingo Logan Coal Company.

4. In 2014, Plaintiff Jason Stratton was paid $85,144.08 by Mingo Logan Coal Company.

5. In 2015, Plaintiff Jason Stratton was paid $77,430.22 by Mingo Logan Coal Company.

6. Plaintiff Jason Stratton's salary grade was $51,000.00 per year.

Further the affiant sayeth not.

*/s/ Pamela Tucker*
**PAMELA TUCKER**

Taken, subscribed and sworn to before me this 15th day of December, 2016.

My commission expires: 9-13-2022.

*/s/ Cynthia Hinde*
Notary Public

(NOTARIAL SEAL)

> Official Seal
> Notary Public, State Of West Virginia
> Cynthia Hinde
> HC 71 Box 79
> Whamcliffe WV 25651
> My commission expires September 13, 2022