
Like  Debbie Mihaliak Malfregeot and 88 others like this.

 www.wvcircuitexpress.com 

**Search Again**　　　**Log Out**

Civil
Case Information
Tenth Judicial Circuit of Raleigh County

16-C-724
Judge: JOHN A. HUTCHISON
JASON K. STRATTON VS. ARCH COAL INC

**Plaintiff(s) - (If Name is blue then point to name for additional information)**

STRATTON, JASON K.

**Plaintiff Attorney(s)**
STEPHEN P. NEW, ESQ

**Defendant(s) - (If Name is blue then point to name for additonal information)**

ARCH COAL INC ARCH COAL GROUP LLC MINGO LOGAN COAL COMPANY

**Defendant Attorney(s)**
N/A

**Case Information:**
Date Filed: 11/16/2016
Case Type:
Appealed: 0

**Events:**

| LINE | DATE | ACTION / RESULT | Document |
|---|---|---|---|
| 1 2 | 11/16/2016 | CASE FILED-ISSUED SUMMONS & COMPLAINT SENT TO SEC OF STATE FOR SERVICE (AMY) SENT SEC OF STATE FOR SERVICE (LS) | View Document |
| 3 4 | 11/29/2016 | RECIEVED RETURN OF SERVICE BY SEC OF STATE ON BEHALF OF ARCH COAL GROUP LLC 11/21/16. AP/MBS (LS) | View Document |
| 5 6 | 11/29/2016 | RECIEVED RETURN OF SERVICE OF SEC OF STATE ON BEHALF OF MINGO LOGAN COAL CO. 11/21/16. AP/MBS (LS) | View Document |
| 7 8 | 11/29/2016 | RECIEVED RETURN OF SERVICE OF SEC OF STATE ON BEHALF OF ARCH COAL, INC. 11/21/16. AP/MBS (LS) | View Document |

www.wvcircuitexpress.com