*Accident Cover Ups*

## John Ball

He is a former Electrician at Mountain Laurel. He got hurt on 3 different occasions. They would never let him fill out accident report. (This is why I got part of job took away because I wouldn't cover them up.) The last time he got hurt was on (Longwall). Carlos Porter (Mine Manager), Ronnie Mullens (Maintenance Manager) and Dave Marcum (Mine Foreman) called him into office and wouldn't let him fill out report. (He has a recording of it). He wants to testify for me 100%.

(I have records on Dave Vickers getting finger cut off and covered up) (On Tape Recording)

①