That would be great...I would walk over Blair Mountain for that.. I'm not sure what they are going to do but on thing is for sure I'm done with Arch Coal and that bunch of crooks they have in management... I just want it over with ... I go back to see my psychologist doctor Monday..he released me Wednesday to go back to work and they are paying me to stay home with pay... I think I could own them if they would fire me but if they don't do something with management nothing will change... I might have my doctor take me back off to build my case more



Don't initiate a settlement offer to walk away, let them take the first step. Tell them you want to work but you don't want the harassment and want to be treated fairly. How much life is left at Mt. Laurel? They may want argue about paying you beyond that...

Lol.. They say 10 years ... Way market is could be next week

I never gave them anything from day I got searched for tape... I have a journal I kept everyday of things went on and happened... I got emails where I got permission from HR in St Louis to testify in the civil trial that this is all about... I never told a sole about it... As soon as they found out all this happened the same day.. I got it all documented and turned over to a lawyer... They never knew I got permission until after they done me that way... Carlos called out HR Manager and asked her if she gave me permission to go around recording people



Who is the HR Manager?

Pam Tucker.... It would still be Lori Baisden but when David got fired that morning and took his SIM cards out of his track phone and called back and

---



Jason, to keep things simple I think you should look at an offer amount in this fashion:
1. You're 42 yrs old. Your retirement age for social security is probably 68.
2. You have 26 years left to work.
3. If you have to buy medical, dental, prescription and optical coverage for you and family that would be about $15,000 a year.
4. You're making $52,000 a year.
5. 26 x $67,000 = $1,742,000.
6. I'd ask for $2,000,000 and settle for $1,750,000.

JAN 22, 5:32 PM

That would be great...I would walk over Blair Mountain for that.. I'm not sure what they are going to do but on thing is for sure I'm done with Arch Coal and that bunch of crooks they have in management... I just want it over with ... I go back to see my psychologist doctor Monday..he released me Wednesday to go back to work and they are paying me to stay home with pay... I think I could own them if they would fire me but if they

Type a message...

why they investigate... I told them they didn't have to just to hook me up to polygraph test and ask away



Hold your ground and let them make the next move

It was in that tape about covering up accidents ...I gave them a guy that got his finger cut off a Carlos made him turn in days then paid him when he didn't work... Plus 2 others admit to help setting up kickback scheme and they tell me to stay home



Wow

I never gave them anything from day I got searched for tape... I have a journal I kept everyday of things went on and happened... I got emails where I got permission from HR in St Louis to testify in the civil trial that this is all about... I never told a sole about it... As

 **EXHIBIT E**