# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

**JASON K. STRATTON,**

     **Plaintiff,**

**v.**                                                    **Civil Action No. 5:16CV12204**
                                                         **Judge Irene C. Berger**

**ARCH COAL, INC., a foreign corporation,**
**MINGO LOGAN COAL LLC, a**
**foreign corporation, and ARCH COAL**          **Removed From Circuit Court of**
**GROUP, LLC., a foreign corporation,**          **Raleigh County, No. 16-C-724**

**Defendants.**

## PLAINTIFF'S MOTION TO COMPEL
## MINGO LOGAN TO RESPOND TO DISCOVERY

COMES NOW Plaintiff Jason K. Stratton, by counsel, and pursuant to Rules 26, 33, 34, 36, and 37 of the Federal Rules of Civil Procedure hereby moves this Honorable Court for entry of an Order compelling Defendant Mingo Logan Coal, LLC, to respond fully and adequately to discovery.  In further support hereof, Plaintiff incorporates herein by reference the accompanying memorandum of law.

                                         **JASON K. STRATTON**
                                         **By Counsel**

                                         /s/ Amanda J. Taylor
                                         Stephen P. New (WVSB #7756)
                                         Amanda J. Taylor (WVSB #11635)
                                         Law Office of Stephen P. New
                                         114 Main Street
                                         PO Box 5516
                                         Beckley, WV 25801
                                         Telephone: (304) 250-6017
                                         Facsimile: (304) 250-601

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

**JASON K. STRATTON,**

      **Plaintiff,**

**v.**                                              **Civil Action No. 5:16CV12204**
                                                    **Judge Irene C. Berger**
**ARCH COAL, INC., a foreign corporation,**
**MINGO LOGAN COAL LLC, a**
**foreign corporation, and ARCH COAL**          **Removed From Circuit Court of**
**GROUP, LLC., a foreign corporation,**        **Raleigh County, No. 16-C-724**

**Defendants.**

## CERTIFICATE OF SERVICE

      I, Amanda J. Taylor, counsel for Plaintiff Jason Stratton, do hereby certify that the foregoing **Plaintiff's Motion to Compel Mingo Logan to Respond to Discovery** has been served upon opposing parties, and all other parties relevant to this matter, via the CM/ECF electronic filing system as follows:

C. David Morrison, Esq.
Shawn A. Morgan, Esq.
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330

On this the 15th day of August, 2017.

                               /s/ Amanda J. Taylor
                               Amanda J. Taylor (WVSB #11635)