UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JASON K. STRATTON,

    Plaintiff,

v.

ARCH COAL, INC., a foreign corporation,
MINGO LOGAN COAL LLC, a
foreign corporation, and ARCH COAL
GROUP, LLC., a foreign corporation,

    Defendants.

Civil Action No. 5:16CV12204
Judge Irene C. Berger

Removed From Circuit Court of
Raleigh County, No. 16-C-724

## CERTIFICATION

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH:

    I, Amanda J. Taylor, being first duly sworn, upon oath, state as follows:

1. I am counsel for Plaintiff Jason K. Stratton in the above-captioned matter.

2. Prior to filing Plaintiff's motion to compel I attempted in good faith, pursuant to Rule 37 of the Federal Rules of Civil Procedure to confer with counsel for Defendant regarding the issues set forth in said motion.

3. To wit, on June 30, 2017, I sent a letter to counsel for Mingo Logan Coal, LLC, identifying deficiencies in its written discovery responses. The letter invited a response.

4. By letter dated August 1, 2017, counsel for Mingo Logan responded.

5. Mingo Logan supplemented several response and documents to its initial responses, but also stood on several objections contained in its discovery responses.

6. It now appears that good faith communication has not been able to resolve these issues and court intervention is required.

7. I am over the age of eighteen (18) years and have personal knowledge of the matters contained herein.

**FURTHER THE AFFIANT SAITH NOT.**

_____
Amanda J. Taylor

Subscribed and sworn to before me this 15th day of August, 2017.

My commission expires: September 29, 2021.

_____
Notary Public

OFFICIAL SEAL
Notary Public, State of West Virginia
KAYLA MARTIN
PO Box 103
Glen Jean, WV 25846
My commission expires September 29, 2021