MARKED FOR IDENTIFICATION.)
        BY MR. MORRISON:
     Q    I'm going to hand you what I've marked as
Exhibit 20.  This is your 2014 tax return that was
provided in discovery.  If you look at about Page 4,
Schedule C, Profit or Loss from Business, 2014, it says
name of the business, Mountaineer Development and
Consulting, LLC, Nicholasville, Kentucky.
     A    Uh-huh.
     Q    Was there an office in Nicholasville?
     A    I don't know if it was in Nicholasville,
had an office.  I don't know the name of the street it
was on.  It was in Lexington.
     Q    This says 100 North Main Street,
Nicholasville.
     A    That could be it.  I've never been to it.
     Q    What sort of consulting services did this
company provide?
     A    He provides consulting to mine-related jobs
and he had a sand fracking plant or something like that
in Wisconsin.
     Q    Did you ever do any work for this company?
     A    Not -- Not really.
          MS. TAYLOR:  I'm going to ask that if we

1  mark that as an exhibit to the deposition that we redact
2  his Social Security number from it.
3          MR. MORRISON:  Sure.
4          MS. TAYLOR:  Thank you.
5          MR. MORRISON:  Absolutely.  In fact, if you
6  have a marker, we can do it.  We'll do it at the end of
7  the day.
8          MS. TAYLOR:  Okay.
9      BY MR. MORRISON:
10     Q    Anyway, I think I asked you if you did any
11 work for the company.  What was your answer?
12     A    Just put it in my name, and I got money for
13 -- he paid me here and there.
14     Q    Why was it put in your name?
15     A    I don't know.  I couldn't answer that.
16     Q    You agreed to do it?
17     A    Yeah.
18     Q    He didn't explain why he wanted it put in
19 your name?
20     A    Huh-uh.
21     Q    No?
22     A    I didn't ask.  I trust him.  They basically
23 raised me.
24     Q    Is this Amon you're talking about?

1	A	No.
2	Q	Is there a W-2 form for your income from
3 that organization?  Because it's not attached.
4	A	If it's not attached, I can get it for you.
5	Q	Did you claim income on your income taxes
6 from that --
7	A	Yes.
8	Q	-- company?
9	A	Yes.  His accountant does my taxes.
10	Q	So you're saying there is a W-2 form for
11 Mountaineer Development?
12	A	It's just that there'd have to be, wouldn't
13 there?
14	Q	Well, if you were paid wages, there should
15 be.
16	A	Yeah.  I can try to get it for you.
17	Q	Is that company still in business?
18	A	Mountaineer Development?
19	Q	Yeah.
20	A	It's idle right now.  Hopefully, it'll be
21 in business here in another month.
22	Q	Why is it idle?
23	A	We were trying to get a highwall miner job
24 in Virginia.

1      Q    If you will let me finish my question
2 before you give an answer, I'll let you finish your
3 answer before I give the next question, we don't talk
4 over each other and it's a lot easier for the court
5 reporter to take everything down.  Okay?
6      A    Okay.
7      Q    All right.  What is your current address?
8      A    151 Breedlove Lane, Julian, West Virginia,
9 25529.
10     Q    And that's in Raleigh County?
11     A    Boone.  Boone County.
12     Q    Boone County.  Okay.  How long have you
13 lived in Boone County?
14     A    Around 14 to 18 months, somewhere through
15 there.
16     Q    All right.  What did you do in preparation
17 for your deposition?
18     A    I tried to look over some notes, but I just
19 got aggravated with it and --
20     Q    All right.
21     A    Just go from there.
22     Q    Did you have an opportunity to meet with
23 your lawyer?
24     A    Yes.

1    A    I'm actually listed as the president of the
2  company, but I'm more or less the purchasing agent.
3    Q    Who do you report to?
4    A    Paul Ison, Wayne Johnson, Kenny Spangler
5  and Ben Morgan.
6    Q    What is the name of the company?
7    A    Big Fork Development.
8    Q    Big Fork?
9    A    Uh-huh.
10   Q    How long have you worked there?
11   A    Since March.
12   Q    You're listed as the president?
13   A    Yes.
14   Q    How many other employees are there?
15   A    Eight or nine.
16   Q    Do you have any supervisory
17 responsibilities?
18   A    Kind of.
19   Q    Explain that.
20   A    Well, I got to order all the parts to keep
21 all the equipment running.  I keep time sheets.
22 Anything to do with employees, really.
23   Q    Do you direct their work?
24   A    No.

1    Q    Who does that?
2    A    Ben Morgan.
3    Q    Okay. So you keep their times sheets and
4  order parts. Anything else?
5    A    Yeah. I clean the office. I'm basically
6  everything from the janitor to the president, whatever
7  needs to be done.
8    Q    Are you paid a salary?
9    A    No. I'm paid $15 an hour right now with a
10 chance to make more money if the company makes -- makes
11 it. But right now we're $200,000 in the hole.
12   Q    How many hours a week do you work?
13   A    Lately, I've been working about 100 --
14 about 100 hours -- A week? You said a week?
15   Q    A week.
16   A    Probably 50 to 60 sometimes.
17   Q    So you're getting paid overtime --
18   A    Yeah.
19   Q    -- for the additional time above --
20   A    Yes.
21   Q    -- 40? Okay. Do you get benefits?
22   A    Actually, I'm on my wife's insurance.
23   Q    Are you offered benefits?
24   A    Yes. We're offered insurance.