# THE
# RIGSBY BALL LAW GROUP, PLC

ATTORNEYS AT LAW
228 EAST HIGH STREET PO BOX 34106
LEXINGTON, KENTUCKY 40588.4106
859.233.4633 T
859.233.4642 F

## FACSIMILE TRANSMITTAL LETTER

**TO:** Shawn A. Morgan  **DATE:** 09.07.17

**FIRM:** Steptoe Johnson PLLC  **FAX:** 304.933.8183

**ADDRESS:**  **PHONE:** 304.933.8145

**FROM:** Kenton Ball  **RE:** Stratton v. Arch et al.

We are sending you 3 page(s), including this cover sheet. If you do not receive all of these page(s) or if you have any difficulty receiving this transmission, please call 859.233.4633.

[___] Original / [_____] Photocopy of transmitted document will be sent via:
    [___] First Class Mail
    [___] Overnight Mail
    [___] Hand Delivery

[_X_] Transmitted document sent via facsimile only.

**MESSAGE:**



RECEIVED DATE: 9-7-17 TIME: 9:47 AM
3 page

Exhibit 3 to 9/29/17 Motion

# THE
# RIGSBY BALL LAW GROUP, PLC
### ATTORNEYS AT LAW

WILLIAM P. RIGSBY*  
THOMAS T. LEWIS**  
KENTON L. BALL***

\* Also Admitted In Ohio  
\*\* Of Counsel  
\*\*\* Also Admitted In Illinois

228 EAST HIGH STREET  
PO BOX 34106  
LEXINGTON, KY 40588-4106

TELEPHONE (859) 233-4633  
TELEFAX (859) 233-4642

VIA FACSIMILE ONLY

7 September, 2017

Shawn A. Morgan ESQ  
Steptoe & Johnson PLLC  
2525 Harrodsburg Road Suite 300  
Lexington, Kentucky 40504

> RE: Response of Mahon to Subpoena Duces Tecum  
> Stratton v. Arch Coal Inc. et al.

Dear Ms. Morgan:

Please be advised that this firm represents Amon L. Mahon (Mr. Mahon).

This letter is Mr. Mahon's response to the subpoena duces tecum you issued on 08.24.17. That subpoena was issued to Mountaineer Development & Consulting, LLC at Mr. Mahon's personal address.

Mr. Mahon does not own the membership interests of Mountaineer Development & Consulting, LLC. Although the subpoena does not specify a time period, Mr. Mahon is not and has not been an employee of Mountaineer Development & Consulting, LLC. Moreover, Mr. Mahon does not prepare or maintain financial statements for Mountaineer Development & Consulting, LLC.

Respectfully yours,
THE RIGSBY BALL LAW GROUP, PLC

Kenton L. Ball

J:\RLB\D\Mahon\Stratton\Pleadings\Mahon Response 2 Arch Subpoena (09.24.17)

2