# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

### MOUNTAINEER DEVELOPMENT & CONSULTING, LLC

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| LLC \| Limited Liability Company | 7/21/2017 | | 7/21/2017 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | | **Capital Stock** | |
| **Charter County** | | **Control Number** | 9AJ59 |
| **Charter State** | DE | **Excess Acres** | |
| **At Will Term** | A | **Member Managed** | MGR |
| **At Will Term Years** | | **Par Value** | |
| **Authorized Shares** | | | |

Exhibit 4

## Addresses

| Type | Address |
|---|---|
| **Designated Office Address** | 151 BREEDLOVE LANE<br>JULIAN, WV, 25529<br>USA |
| **Notice of Process Address** | JASON STRATTON<br>151 BREEDLOVE LANE<br>JULIAN, WV, 25529<br>USA |
| **Principal Office Address** | 151 BREEDLOVE LANE<br>JULIAN, WV, 25529<br>USA |
| **Type** | **Address** |

## Officers

| Type | Name/Address |
|---|---|
| **Manager** | JASON STRATTON<br>151 BREEDLOVE LANE<br>JULIAN, WV, 25529<br>USA |
| **Type** | **Name/Address** |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Friday, September 29, 2017 — 4:44 PM

© 2017 State of West Virginia