# MOUNTAINEER DEVELOPMENT & CONSULTING, LLC

## General Information

| | |
|---|---|
| Organization Number | 0871040 |
| Name | MOUNTAINEER DEVELOPMENT & CONSULTING, LLC |
| Profit or Non-Profit | P - Profit |
| Company Type | FLC - Foreign Limited Liability Company |
| Status | A - Active |
| Standing | G - Good |
| State | DE |
| File Date | 10/31/2013 1:01:56 PM |
| Organization Date | 10/28/2013 |
| Authority Date | 10/31/2013 |
| Last Annual Report | 5/2/2017 |
| Principal Office | 705 BROOKSTONE CT. LEXINGTON, KY 40515 |
| Registered Agent | William E. Brown 100 N. Main St. Suite 2 Nicholasville, KY 40356 |

## Current Officers

| | |
|---|---|
| Member | Jason Stratton |

## Individuals / Entities listed at time of formation

## Images available online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| Annual Report | 5/2/2017 | 1 page | PDF | |
| Principal Office Address Change | 6/2/2016 1:59:04 PM | 1 page | PDF | |
| Annual Report | 6/2/2016 | 1 page | PDF | |
| Annual Report | 5/10/2015 | 1 page | PDF | |
| Annual Report | 7/27/2014 | 1 page | PDF | |
| Articles of Correction | 11/5/2013 | 2 pages | tiff | PDF |
| Certificate of Authority FBE | 10/31/2013 1:01:56 PM | 1 page | PDF | |

## Assumed Names

## Activity History

| Filing | File Date | Effective Date | Org. Referenced |
|---|---|---|---|
| Annual report | 5/2/2017 4:27:38 PM | 5/2/2017 4:27:38 PM | |
| Annual report | 6/2/2016 2:02:01 PM | 6/2/2016 2:02:01 PM | |

**Exhibit 6**

| | | |
|---|---|---|
| Principal office change | 6/2/2016 1:59:04 PM | 6/2/2016 1:59:04 PM |
| Annual report | 5/10/2015 3:05:09 PM | 5/10/2015 3:05:09 PM |
| Annual report | 7/27/2014 2:54:03 PM | 7/27/2014 2:54:03 PM |
| Articles of Correction | 11/5/2013 2:22:41 PM | 11/5/2013 |
| Add | 10/31/2013 1:01:56 PM | 10/31/2013 1:01:56 PM |

**Microfilmed Images**