Alison Lundergan Grimes
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

**Statement of Change of
Principal Office Address**

**POC**

**L906**
**0871040**
**Alison Lundergan Grimes**
**KY Secretary of State**
Received and Filed
**6/2/2016 1:59:04 PM**
**Fee receipt: $10.00**

Pursuant to the provisions of KRS chapters 271B, 273, 275, or 362, the undersigned hereby applies to change the principal office on behalf of

# MOUNTAINEER DEVELOPMENT & CONSULTING, LLC

which is organized in the state of Delaware, and for that purpose submits the following statements:

**1. Address of current principal office**

100 N. Main St.
Suite 2
Nicholasville, KY 40356

**2. Principal office is hereby changed to:**

705 Brookstone Ct.
Lexington, KY 40515

**3. Signature of officer or chairman of the board**

Jason Stratton, Member
Signature and Title

Type or print name and title

6/2/2016 1:59 PM
Date

Exhibit 7