# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

### BIG FORK DEVELOPMENT LLC

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|
| LLC \| Limited Liability Company | 3/17/2017 | | 3/17/2017 | | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | | **Capital Stock** | |
| **Charter County** | Boone | **Control Number** | 9AHPO |
| **Charter State** | WV | **Excess Acres** | |
| **At Will Term** | A | **Member Managed** | MGR |
| **At Will Term Years** | | **Par Value** | |
| **Authorized Shares** | | | |

Exhibit 8

## Addresses

| Type | Address |
|---|---|
| **Mailing Address** | 151BREEDLOVE LANE<br>JULIAN, WV, 25529<br>USA |
| **Principal Office Address** | 151BREEDLOVE LANE<br>JULIAN, WV, 25529<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| **Member** | MOUNTINEER DEVELOPMENT AND CONSULTING , LLC<br>151 BREED LOVE LANE<br>JULIAN, WV, 25529<br>USA |
| **Organizer** | PAUL ISON<br>638 HURRICANE RD<br>WISE, VA, 24293<br>USA |
| Type | Name/Address |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Friday, September 29, 2017 — 4:58 PM

© 2017 State of West Virginia