**From:** Shawn Morgan
**Sent:** Friday, October 13, 2017 5:18 PM
**To:** David Morrison
**Cc:** Mandy Taylor; Jessica Moss
**Subject:** Re: Stipulation

October 25-26, 31. November 1-2. Don't think we want to go beyond that due to SJ deadlines.

Sent from my iPhone

On Oct 13, 2017, at 1:36 PM, David Morrison <David.Morrison@steptoe-johnson.com> wrote:

> Sure. We need a date to complete his deposition. When are you available?
>
> Sent from my iPhone
>
> On Oct 13, 2017, at 2:10 PM, Mandy Taylor <mandy@newlawoffice.com> wrote:
>
>> David:
>>
>> I agree to your areas of inquiry. Please advise if you will withdraw your motion.
>>
>> Mandy
>>
>> On Thu, Oct 12, 2017 at 8:24 AM David Morrison <David.Morrison@steptoe-johnson.com> wrote:
>>> Kayla,
>>>
>>> This is fine. Go ahead and file. Thanks.
>>>
>>> David.
>>>
>>> Sent from my iPhone
>>>
>>> On Oct 12, 2017, at 8:11 AM, Kayla Martin <kayla@newlawoffice.com> wrote:
>>>
>>>> David,
>>>>
>>>> Please review the attached Stipulation. If everything meets your approval, let me know and, with your permission, I will execute for you and file.
>>>>
>>>> Thank you,

1

—Exh. A

**From:** Mandy Taylor
**Sent:** Monday, October 16, 2017 9:20 PM
**To:** Shawn Morgan
**Subject:** Re: Stipulation

Shawn:

I will file a brief response, but I will ask for costs. You can explain to the court that you refused to withdraw your motion because I could not guarantee relief the motion did not seek.

Having received no response, I ask again: what records do you believe exist that you do not have?

Mandy

On Mon, Oct 16, 2017 at 5:15 PM Shawn Morgan <Shawn.Morgan@steptoe-johnson.com> wrote:
> We can reconvene on 10/26, although we cannot agree to withdraw the motion given the records not tendered by Mr. Stratton.
>
> Sent from my iPhone
>
> On Oct 16, 2017, at 4:34 PM, Mandy Taylor <mandy@newlawoffice.com> wrote:
>
>> I am available October 25 or 26 (not the 31st...I am taking my son trick or treating for the first time) and November 1 or 2.
>>
>> **From:** Shawn Morgan [mailto:Shawn.Morgan@Steptoe-Johnson.com]
>> **Sent:** Friday, October 13, 2017 5:18 PM
>> **To:** David Morrison <David.Morrison@steptoe-johnson.com>
>> **Cc:** Mandy Taylor <mandy@newlawoffice.com>; Jessica Moss <Jessica.Moss@Steptoe-Johnson.com>
>> **Subject:** Re: Stipulation
>>
>> October 25-26, 31. November 1-2. Don't think we want to go beyond that due to SJ deadlines.
>>
>> Sent from my iPhone
>>
>> On Oct 13, 2017, at 1:36 PM, David Morrison <David.Morrison@steptoe-johnson.com> wrote:
>>
>>> Sure. We need a date to complete his deposition. When are you available?
>>>
>>> Sent from my iPhone

—Exh. B

**From:** Mandy Taylor
**Sent:** Monday, October 16, 2017 4:30 PM
**To:** 'Shawn Morgan'
**Cc:** 'David Morrison'
**Subject:** RE: Jason Stratton deposition

Shawn:

I can agree to produce Jason for the purposes of his deposition. I have so agreed. I cannot agree to make it contingent upon the production of documents from Mountaineer and/or Big Fork. As I have previously stated, I do not represent either of those entities and cannot advise Mr. Stratton as to those subpoenas. Further, the motion to reopen Mr. Stratton's deposition did not seek to enforce those subpoenas,. As such, I do not believe that the refusal to withdraw the motion will accomplish your goal of enforcing the subpoenas. I have agreed to produce Mr. Stratton for deposition, which is the relief your motion sought. I also do not think that waiting until 4:19 to make this communication, on the day we stipulated that my response would be due, is particularly in good faith. Please advise if you will withdraw the motion regarding Mr. Stratton's deposition.

I will relay your concerns regarding adequacy of the subpoena response (though you might consider requesting the specific information you believe you are missing to the entity or person subject to the subpoena) to Mr. Stratton. What is it that you believe you do not have?

Thanks,
Mandy



Amanda J. Taylor, Esq.

Law Office of Stephen P. New
114 Main Street
Beckley, WV 25801
Phone: 304-250-6017
Fax: 304-250-6012

**From:** Shawn Morgan [mailto:Shawn.Morgan@Steptoe-Johnson.com]
**Sent:** Monday, October 16, 2017 4:19 PM
**To:** mandy@newlawoffice.com
**Cc:** David Morrison <David.Morrison@steptoe-johnson.com>
**Subject:** Re: Jason Stratton deposition

Mandy,

My earlier message did not complete transcription before it was sent. Here is my complete message:

Mandy,

I believe that we have worked out an agreement regarding the scope of Mr. Stratton's deposition; however, before we can withdraw our motion, he needs to supplement his responses to our subpoenas duces tecum to him

1

for records regarding Mountaineer Development and Consulting, LLC and Big Fork Development, LLC. Particularly, we have no records for Mountaineer Development after February 2017, even though he began working for Big Fork (whose sole member in WV is Mountaineer) in March 2017. We also have no Big Fork records - beyond the general ledger and payroll records supplied - showing whether it has funds which have been/could have been paid to Mr. Stratton as President.

If we can receive these records promptly, we can withdraw the motion and reconvene his deposition quickly. Available dates include <u>October 25-26, 31</u>. <u>November 1-2</u>. Of those the 26th is preferable.

Thanks.

Shawn


Sent from my iPhone

> On Oct 16, 2017, at 4:14 PM, Shawn Morgan <Shawn.Morgan@Steptoe-Johnson.com> wrote:
>
> Mandy,
>
> I believe that we have worked out and agreement regarding the scope of Mr. Stratton's deposition; however, before we can withdraw our motion, he needs to supplement his responses to our subpoenas duces tecum to him for records regarding Mountaineer Development and Consulting, LLC and Big Fork Development, LLC. Particularly, we have no records for Mountaineer Development after February 2017, even though he began working for Big Fork (whose sole member in WV is Mountaineer) in March 2017. We also have no records - beyond the general ledger and payroll records supplied - showing whether funds have been/could have been paid to Mr. Stratton
>
> Sent from my iPhone

Steptoe & Johnson PLLC Note:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.