UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JASON K. STRATTON,

    Plaintiff,

v.                                                           Civil Action No. 5:16CV12204
                                                               Judge Irene C. Berger

ARCH COAL, INC., a foreign corporation,
MINGO LOGAN COAL COMPANY, a
foreign corporation, and ARCH COAL            Removed From Circuit Court of
GROUP, LLC, a foreign corporation,                Raleigh County, No. 16-C-724

    Defendants.

## AFFIDAVIT

STATE OF MISSOURI, COUNTY OF ST. LOUIS, to wit:

    PAUL LANG, being duly sworn, deposed and says:

    1. That I am the President and COO of Arch Coal, Inc.

    2. That Tim Leep last worked as Business Manager for Mingo Logan Coal LLC, effective February 25, 2010.

    3. That I was involved in the decision to terminate Mr. Leep's employment and that decision had nothing to do with any allegation that he reported kickback schemes to Arch Coal, Inc. or Mingo Logan Coal LLC.

    4. That I am not aware of, and have no knowledge of, Mr. Leep reporting any kickback schemes to Arch Coal, Inc. or Mingo Logan Coal LLC.

**EXHIBIT 2**

AND FURTHER AFFIANT SAYETH NOT.

Dated this 13 day of December, 2017.

_____
PAUL LANG

Signed, subscribed, and sworn to before me this 13th day of December, 2017, by Paul Lang.

_____
Notary Public

[SEAL]

ROSE FRIEDERICH
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 13695084
Jefferson County
My Commission Expires: Apr. 12, 2021