```
 1        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    AT BECKLEY
            CIVIL ACTION NO. 5:16-cv-12204
 3   _____

 4   JASON K. STRATTON                       PLAINTIFF

 5   v.

 6   ARCH COAL, INC., a foreign corporation,
     MINGO LOGAN COAL COMPANY, a foreign
 7   corporation, and ARCH COAL GROUP, LLC,
     a foreign corporation                  DEFENDANTS
 8   _____
```

VIDEOTAPE DEPOSITION OF

**AMON LESLIE MAHON, JR.**

Lexington, Kentucky
September 28, 2017

Lisa Larson Colston, FCRR, RPR
Federal Certified Realtime Reporter

1

|     |    |                                                                 |
| --- | -- | --------------------------------------------------------------- |
| 1   |    | MR. NEW: Okay.                                                  |
| 2   | A  | I talk to Jason all the time. He's my                           |
| 3   |    | brother-in-law. So...                                           |
| 4   | Q  | Did Jason ever receive a target letter, to your                 |
| 5   |    | knowledge?                                                      |
| 6   | A  | I don't even know what a target letter is.                      |
| 7   | Q  | All right. You would if you had ever got one or                 |
| 8   |    | knew somebody who did.                                          |
| 9   |    | In the time frame you were talking with David                   |
| 10  |    | Runyon about this kickback scheme, what time frame              |
| 11  |    | was that?                                                       |
| 12  | A  | It had to be somewhere in like 2008 to 2010 range.              |
| 13  |    | And subsequently, now, I've got two phone calls                 |
| 14  |    | from David. Because, I mean, I've had lots of --                |
| 15  |    | I've been in his office.                                        |
| 16  | Q  | Sure.                                                           |
| 17  | A  | But I got two phone calls from him threatening                  |
| 18  |    | Jason, that he would -- if -- for Jason to shut                 |
| 19  |    | his mouth or he would fire Jason and for -- as his              |
| 20  |    | brother-in-law, for me to calm him down. So...                  |
| 21  |    | MS. MORGAN: I'm going to interpose                              |
| 22  |    | a hearsay objection to that.                                    |
| 23  |    | MR. NEW: Okay.                                                  |
| 24  | Q  | Roughly when did those two phone calls,                         |

99

| | |
|---|---|
| 1 | threatening to fire Jason, come about? |
| 2 | MS. MORGAN: Continuing objection. |
| 3 | MR. NEW: I'll give you all the |
| 4 | objections you want, Madame. |
| 5 | Q When -- when roughly? |
| 6 | A 2009 to 2012, those two times. One of them was |
| 7 | even at Jason's mother's house when I got the |
| 8 | phone call from him on my mobile. |
| 9 | Q All right. So David Runyon called you while you |
| 10 | were at Jason's mother's house? |
| 11 | A Jason's mother's house, that's right. Near |
| 12 | Christmastime, too. So... |
| 13 | He wanted to make sure that -- that he got |
| 14 | the message. So... |
| 15 | Q And what was the nature of Runyon's concern about |
| 16 | Jason and this investigation? |
| 17 | A Runyon told me that none of this was true, it was |
| 18 | all crap, and that Jason needed to shut up. So... |
| 19 | Q Did you ask Jason about the particulars of -- |
| 20 | A I went -- I talked to Jason. I said, "Jason, you |
| 21 | know -- you know, you need to think that -- |
| 22 | that -- that he can fire you, that you have got to |
| 23 | be careful of that." |
| 24 | So, and, Jason told me he wasn't -- he -- |